FILED
CLERK, U.S. DISTRICT COURT

SEP 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCLENDON, | No. CV 08-5277-FMC(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF OF CALIFORNIA, | |
| Respondent. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: Sept 9, 2008

FLORENCE-MARIE COOPER
United States District Judge